AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Kenneth Sheppard ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:18cv20-XR |
| GEICO Advantage Ins. Co. et al ) | |
| *Defendant* ) | |

FILED
FEB 05 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Court ACCEPTS the Magistrate Judge's recommendation, DENIES Plaintiff's motion to proceed in forma pauperis (docket no. 1) and his "Motion for Emergency Close" (docket no. 4), and DISMISSES this case. The Clerk shall enter a Judgment and close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Xavier Rodriguez

Date:   02/05/2018

CLERK OF COURT

_____, Amy Jackson
Signature of Clerk or Deputy Clerk